TRADING TECHNOLOGIES INTERNATIONAL, INC.,
Plaintiff–Appellee,

v.

ESPEED, INC., Espeed International Ltd., ECCO LLC, and Eccoware Ltd., Defendants–Appellants.

No. 2011–1424.

United States Court of Appeals, Federal Circuit.

June 6, 2012.

Leif R. Sigmond, Jr., McDonnell Boehnen Hulbert & Berghoff LLP, of Chicago, IL, argued for plaintiff-appellee. With him on the brief were Michael D. Gannon, and Paul A. Kafadar. Of counsel on the brief was Steven F. Borsand, Trading Technologies International, Inc., of Chicago, IL.

Gary A. Rosen, Law Offices of Gary A. Rosen, P.C., of Ardmore, PA, argued for defendants-appellants.

RADER, Chief Judge, LOURIE and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.